In the Matter of the Application of MAUDE L. BANCROFT, Respondent, for an Order of Mandamus against EDWARD MCGRAW, as Commissioner of Elections of the County of Rensselaer, Appellant.— Order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. DAVID MALKIN, Respondent, v. LINDLEY M. GARRISON, as Receiver of NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN MAHONEY, Respondent, v. THE FOUNDATION COMPANY and Another, Appellants.— Award reversed and matter remitted to State Industrial Board, with costs against the said Board to abide the event, on the ground that the award is excessive. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JACOB MICHAEL, Respondent, v. ABRAHAM GERSHANOWITZ and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs against said Board to abide the event, upon the ground that the claimant having suffered only permanent partial loss of use of a member, and having received full compensation therefor under a schedule award, may not receive an award based upon loss of earning power. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. BATISTA MARELLO, Respondent, v. GIRARD RESTAURANT COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ROSARI MARECCI, Respondent, v. CHARLES J. MANDEL and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs against the said Board to abide the event, on the ground that there is no evidence that the disability for which the award was made was caused by the accident. All concur.

DAVID MILLER, Respondent, v. LOUISE GOLDSTEIN and Another, Appellants.— Motion granted.

In the Matter of the Intermediate Judicial Settlement of the Accounts of CHARLES H. LEETE, as Substituted Trustee under the Will of BETSEY WILLES, Deceased.— Decree unanimously affirmed, with costs against the trustee personally.

In the Matter of the Estate of ROSA A. BROWN, Deceased.— Order modified by reducing the amount fixed and determined as compensation to the attorney for the executors to $3,500, and as so modified affirmed, without costs. All concur, except Hinman, J., dissenting, and Cochrane, P. J., not voting.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN MASSA, Respondent, v. AMERICAN CONCRETE STEEL COMPANY and Another, Appellants.— Award modified so that it shall grant compensation for the loss of an eye, and as so modified unanimously affirmed, without costs.

In the Matter of the Final Judicial Settlement of the Account of ELLSWORTH BAKER, as Executor, etc., of MINERVA HORNBECK, Deceased.— Decree unanimously affirmed, with costs against the appellant personally.

In the Matter of the Estate of IDA C. POTTS, Deceased.— Motion denied, with ten dollars costs, because the default, if any, is under rule 230, while the motion is confined to rule 234, of the Rules of Civil Practice, under which no default is shown. Cochrane, P. J., not voting.